IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STATE FARM MUTUAL AUTOMOBILE : CIVIL ACTION
INSURANCE COMPANY, et al. :
:
v. :
: No. 06-2048
STEPHEN M. RIOS, D.C., et al. :

## ORDER

AND NOW, this 22nd day of January, 2010, Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company's Motion for Partial Summary Judgment" (docket no. 42), to which plaintiffs have filed no opposition[1], is granted. An assessment of damages hearing will be scheduled by separate order. A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.

---

[1] By order dated October 14, 2009 defendants were granted an extension of time until October 15, 2009 in which to respond to plaintiffs' motion for summary judgment. Docket no. 43. To date, no response has been filed, and no further request for extension has been made.